FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
SEALED
2021 JUN 17 PM 4:09
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FIDEL CARDENAS-ALVAREZ,
TOMAS LORENZO-CRUZ,
DARALD SANDMAN, and
TERESA FORBES.

Defendants.

8:21CR 181

INDICTMENT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)
21 U.S.C. § 843(b)

The Grand Jury charges that

COUNT I

Beginning on or about November 1, 2020, and continuing to on or about March 19, 2021, in the District of Nebraska, Defendant(s):

**FIDEL CARDENAS-ALVAREZ,**
**TOMAS LORENZO-CRUZ,**
**DARALD SANDMAN, and**
**TERESA FORBES**

did knowingly and intentionally combine, conspire, confederate, and agree together and with other person(s) to possess with intent to distribute and distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

COUNT II

On or about February 12, 2021, at approximately 6:06 p.m. (session #0003), in the District of Nebraska, and elsewhere, defendant:

**FIDEL CARDENAS-ALVAREZ**

did knowingly and intentionally use a communication facility, namely, a cellular telephone, in committing and causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

COUNT III

On or about February 24, 2021, in the District of Nebraska, Defendant:

**FIDEL CARDENAS-ALVAREZ**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

The above violation was committed and carried out in the course of and in furtherance of the conspiracy set forth in Count I of this Indictment, while **TOMAS LORENZO-CRUZ**, **TERESA FORBES**, and **DARALD SANDMAN**, were members of the conspiracy.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT IV

On or about February 27, 2021, in the District of Nebraska, Defendant:

**TOMAS LORENZO-CRUZ**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

The above violation was committed and carried out in the course of and in furtherance of the conspiracy set forth in Count I of this Indictment, while **FIDEL CARDENAS-ALVAREZ, TERESA FORBES**, and **DARALD SANDMAN**, were members of the conspiracy.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT V

On or about February 13, 2021, at approximately 5:40 p.m. (session #3634), in the District of Nebraska, and elsewhere, defendant:

**TERESA FORBES**

did knowingly and intentionally use a communication facility, namely, a cellular telephone, in committing and causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

COUNT VI

On or about March 5, 2021, in the District of Nebraska, Defendant:

**TERESA FORBES**

did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

The above violation was committed and carried out in the course of and in furtherance of the conspiracy set forth in Count I of this Indictment, while **TOMAS LORENZO-CRUZ, FIDEL CARDENAS-ALVAREZ**, and **DARALD SANDMAN**, were members of the conspiracy.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT VII

On or about March 3, 2021, in the District of Nebraska, Defendant:

**DARALD SANDMAN**

did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

The above violation was committed and carried out in the course of and in furtherance of the conspiracy set forth in Count I of this Indictment, while **TOMAS LORENZO-CRUZ, FIDEL CARDENAS-ALVAREZ**, and **TERESA FORBES**, were members of the conspiracy.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

Crystal C. Correa
Assistant U.S. Attorney